# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | *   **07-CR-075-07 (CCC)** |
| | * |
| **7- JORGE NAZARIO-CORTEZ** | * |
| -------------------------------------------------- | * |

### JUDGMENT OF DISCHARGE

It appearing that defendant **JORGE NAZARIO-CORTEZ** has been charged of the offenses of:

**Count One**: Conspiracy to defraud an agency of the U.S., in violation of Title18, Section 1341.
**Count Two:** Conspiracy to commit wire fraud, in violation of Title 18, Section 1349.
**Count Six:** Forfeiture Allegation, in violation of Title 18, Section 982.

It further appearing that defendant is now entitled to be discharged for the reason that:

[ ]   The Court has granted the motion of the defendant for judgment of acquittal, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure; or

[ X]   The Court has granted the motion of the government for dismissal, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

[ ]   The Court has dismissed the charges for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

It is therefore ORDERED and ADJUDGED that the defendant be, and is hereby DISMISSED WITHOUT PREJUDICE.

San Juan, Puerto Rico, on October 17, 2007

S/CARMEN CONSUELO CEREZO
United States District Court Judge