# United States District Court

## FOR THE ___ DISTRICT OF ___ PUERTO RICO ___

UNITED STATES OF AMERICA

      v.

**WARRANT FOR ARREST**

**JORGE NAZARIO-CORTEZ, a/k/a "Dr. Nazario"**   CRIMINAL NO: 07- 75 (CCC)

To:    The United States Marshal
     and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest **JORGE NAZARIO-CORTEZ, a/k/a "Dr. Nazario"**

and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment    _ Information  _ Complaint  _ Order of court    _ Violation Notice  _ Probation Violation Petition

charging him or her with (brief description of offense)

the defendant herein, knowingly and willfully conspired with others to defraud an agency of the United States in any manner and any purpose, to wit, defendants agreed to impair, obstruct, and defeat the lawful function of the Federal Food and Drug Administration by interfering with its lawful function of regulating the interstate distribution of drugs; and to that effect at least one of the defendants mentioned above did an act to effect the object of the conspiracy, in violation of Title 18, United States Code, Sections 371, 1343, 1349, 982 and Title 21, United States Code, Sections 331(d) and 333(a)(2)

Bruce J. McGiverin
Name of Issuing Officer

_____
Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

2/28/07 San Juan, PR
Date and Location

Bail fixed at $ 50,000 ___ by Hon. Bruce McGivern (US magistrate Judge)
Name of Judicial Officer
0% surety (unsecured)

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| Date Received 2/28/2007  Date of Arrest 3/1/2007 | Name and Title of Arresting Officer Ismael Morales  Task Force CPT | Signature of Arresting Officer  5/20/13 |